# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

### Senior Airman CORY R. SHERMAN
### United States Air Force

### ACM S32270

### 7 May 2015

Sentence adjudged 20 October 2014 by SPCM convened at Davis-Monthan Air Force Base, Arizona. Military Judge: Natalie D. Richardson (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement from 20 October 2014 to the date of action (3 November 2014), and reduction to E-2.

Appellate Counsel for the Appellant: Lieutenant Colonel Patrick E. Neighbors.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

MITCHELL, WEBER, and CONTOVEROS
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court